FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2007 JAN 11  PM 4:48

LORETTA G. WHYTE
CLERK

## UNITED STATES  DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**AARON GENTRAS #129938**                    **CIVIL ACTION**

**versus**                                   **NO. 06-3819**

**BURL CAIN, WARDEN**                        **SECTION: "N" (1)**

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Aaron Gentras** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this _10th_ day of _January_, 20_07_.

_____
**UNITED STATES DISTRICT JUDGE**

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep.___
___ Doc. No.____